UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Jane Doe,<br><br>        Plaintiff,<br><br>    v.<br><br>Cherokee County School District; Cherokee County Board of Trustees; Office of the Superintendent, Dr. Dana Fall (in his official title); Dr. Carl Carpenter (in his official title); Blacksburg Middle School; et al.,<br><br>        Defendants. | C/A No: 22av99999<br><br>**NOTICE OF REMOVAL** |

**NOTICE OF REMOVAL OF CIVIL ACTION**
**TO THE UNITED STATES DISTRICT COURT**

Defendants, Cherokee County School District; Cherokee County Board of Trustees; Office of the Superintendent, Dr. Dana Fall (in his official title); Dr. Carl Carpenter (in his official title); Blacksburg Middle School; et al., by and through their undersigned counsel and pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), hereby files their Notice of Removal, based on the following grounds:

1.  Defendants are the Defendants in the action styled as *Jane Doe v. Cherokee County School District; Cherokee County Board of Trustees; Office of the Superintendent, Dr. Dana Fall (in his official title); Dr. Carl Carpenter (in his official title); Blacksburg Middle School; et al.,* C.A No. 2022-CP-110499.

2.  Upon information and belief, Plaintiff commenced this action by filing a Summons and Complaint in the South Carolina Court of Common Pleas, Cherokee County, on August 5, 2022. A copy of that Summons and Complaint are attached as **Exhibit A** hereto and constitutes all process, pleadings, and orders received by Defendants from Plaintiff.

3. Plaintiff served all specified Defendants with the Summons and Complaint on August 5, 2022.

4. The present action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which Defendants may remove to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a) because Plaintiff's claims arise under the laws of the United States.

5. In her Fourth Cause of Action, found at Paragraphs 23 through 26 of her Complaint, Plaintiff alleges Defendants violated her daughter's "rights as person with a disability under ADA and IDEA."  Because both the Americans with Disabilities Act of 1990, Pub. L. No 101-336, 104 Stat. 328 (1990, as amended in 2008) and the IDEA, 20 U.S.C. § 1400 (2004), are federal laws, Plaintiff's Complaint may properly be removed on the basis of federal question jurisdiction.

6. This Court also has supplemental jurisdiction over any State law claims raised in Plaintiff's Complaint, since such claims form part of the same case or controversy as Plaintiff's federal claims.  28 U.S.C. § 1367(a); *United Mine Workers of America v. Gibbs*, 383 U.S. 715, 725 (1966); *Shanaghan v. Cahill*, 58 F.3d 106, 109 (4th Cir. 1995).  Therefore, this entire action is removable under 28 U.S.C. § 1441(c).

7. This Notice of Removal is filed within thirty (30) calendar days after receipt by Defendants, by service or otherwise, of a copy of the initial pleading setting forth Plaintiff's federal cause of action and other claims for relief and is therefore timely under 28 U.S.C. § 1446(b).

8. All Defendants have consented to this removal as required by 28 U.S.C. §1446(b)(2)(A).

9. Venue for purposes of removal is proper in this Court pursuant to 28 U.S.C. § 1441(a) as the United States District Court of South Carolina, Spartanburg Division, is the district

and division wherein the State court action is pending and the circumstances giving rise to this action occurred.

10. Defendants will file a copy of this Notice of Removal with the Clerk of Court of Common Pleas of Cherokee County, South Carolina, and will give written notice of the removal to Plaintiff by serving a copy of the Notice of Removal on Plaintiff, as required by 28 U.S.C. § 1446(d). Copies of the Notice to State Court of Filing of Notice of Removal and Notice to Plaintiff of Removal are attached hereto as **Exhibit B and Exhibit C.**

WHEREFORE, Defendants pray that this Court accepts this Notice of Removal and that this Court take jurisdiction of the above-entitled case and that all further proceeding in the South Carolina Court of Common Pleas, Cherokee County, bearing Civil Action Number 2022-CP-110499, be stayed.

*Respectfully Submitted:*

WHITE & STORY, LLC


By: *s/J. Alexander Sherard*
    Andrea E. White (FED ID No. 5620)
    J. Alexander Sherard (FED ID No. 12777)
    P.O. Box 7036 (29202)
    3614 Landmark Drive, Suite EF
    Columbia, SC 29204
    T: (803) 814-0993
    F: (803) 814-1183
    awhite@sodacitylaw.com
    asherard@sodacitylaw.com

***Attorneys for Defendants***

September 6, 2022
Columbia, South Carolina