AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Jane Doe, minor | |
|---|---|
| *Plaintiff* | |
| v. | Civil Action No.    7:22-cv-2977-DCC |
| Blacksburg Middle School; Cherokee County School District; Cherokee County School District Board of Trustees; Cherokee County School District Office of Superintendent; Dana Fall Dr, In his official title; Carl Carpenter Dr, in his official title | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ other: this action is DISMISSED without prejudice and without further leave to amend.

This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins, Jr.

Date:   June 5, 2023                                       *CLERK OF COURT*

                                                           s/Angela Lewis, Deputy Clerk
                                                           *Signature of Clerk or Deputy Clerk*